## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

**COMPLAINT**

DCTN: U19025660
Lockup No: _____
Case No: _____
1:20mj 53

**District of Columbia ss:**

| Defendant's Name: | Rilder | | Terrero | 573653 | 19128006 |
|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) |

| Also Known As: | | | |
|---|---|---|---|
| | (First) | (Middle) | (Last) |

**Address:** 4530 Fort Totten Drive NE Apt. 101, Washington

On or about July 21, 2019, within the District of Columbia, Rilder Terrero assaulted Brandon Robinson with a dangerous weapon, that is, a knife. **(Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))**

**Co-Defendants:**

FILED
MAR 04 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

02-1595

X Det. [signature] Claxton
Affiant's Name

Subscribed and sworn to before me this ___ 3rd ___ day of September August, 2019

_____ _____
(Judge) (Deputy Clerk) SMITH

### WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____ Rilder Terrero _____

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued _____
Judge, Superior Court of the District of Columbia SMITH

Title 16: ☐   Rule 105: ☐   Judge: _____

| Sex: Male | DOB: 11/06/1987 | CCN: 19128006 | PDID: 573653 |
|---|---|---|---|
| Papering Officer: Detective Claxton | | | Badge No.: D21595 |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: August 27, 2019 |
|---|---|
| AUSA Signature: | Fel. I ☐   AFTC ☐   Fel. II ☐ |